## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

**Date: February 8, 2008**

Ginny Kramer, Deputy Clerk
Suzanne Claar, Court Reporter
Interpreter: Marcela Salazar

---

**Criminal Case No. 07-cr-00358-REB**

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA, | Linda McMahan |
| v. | |
| 4. ESTEBAN LOPEZ-ESTRADA, Defendant. | Mark Johnson |

---

**Criminal Case No. 05-cr-00355-REB**

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA, | Robert Brown |
| v. | |
| BERNARDO GUTIERREZ-LEON, Defendant. | Scott Varholak |

---

### CHANGE OF PLEA MINUTES

**11:00 a.m.   Court in session.**

These two cases are consolidated for the limited purposes for these change of plea hearings.

Appearances of counsel.

The Defendants are present in Court (in custody).

The Plea Agreements and Defendants' Statement in Advance of Plea of Guilty are tendered to the Court.

The parties stipulate to the qualifications of the interpreter.

The Interpreter is sworn.

The Defendants are sworn.

Defendant, Esteban Lopez Estrada is 57 years old.

Defendant, Bernardo Gutierrez-Leon, is 34 years old.

The Defendants are advised of their rights, including their right to trial by jury.

The Defendants are advised of the possible penalties, fines, supervised release, and special victim fund assessment fees.

The defendants' previous pleas of Not Guilty are withdrawn.

The Defendants waives re-arraignment on Count of the Indictment.

Defendant, Esteban Lopez-Estrada, enters a Plea of **GUILTY** to Counts Eleven and Eighteen of the Indictment.

Defendant, Bernardo Gutierrez-Leon, enters a Plea of **GUILTY** to Count One of the Indictment.

The Court's Findings of Fact and Conclusions of Law will be issued electronically.

The plea agreements of the parties as stated in court exhibits 1, 1A, 2, and 2A conforms in form and substance to the requirements of law, including the requirements of D.C.COLO.LCr.R 11.1C and D.

**It was ORDERED as follows:**

1. That court's exhibits 1, 1A, 2 and 2A, as to both defendants, are admitted into evidence;

2. That formal approval of the plea agreements are deferred pending the opportunity to consider the presentence reports;

3. That the plea of **GUILTY to Counts Eleven and Eighteen** of the Indictment entered by defendant, Esteban Lopez-Estrada, is received, accepted and approved;

4. That the plea of **GUILTY to Count One** of the Indictment entered by

defendant, Bernardo Gutierrez-Leon, is received, accepted and approved;

5. That Defendant, Esteban Lopez-Estrada, is found **GUILTY of Counts Eleven and Eighteen** of the Indictment;

6. That Defendant, Bernardo Gutierrez-Leon, is found **GUILTY of Count One of the Indictment**;

7. That the probation department shall conduct a presentence investigation and file a presentence report as required by 18 U.S.C. § 3552 and Fed.R.Crim.P. 32;

8. That the Defendants' counsel shall contact the probation department as soon as practicable to arrange, schedule, and coordinate the defendants' involvement and participation in the required presentence investigation. The defendants shall fully cooperate with the probation department during the presentence investigations;

9. **That sentencing is scheduled for Defendant, Esteban Lopez Estrada is scheduled for April 30, 2008 at 11:00 a.m.;**

10. That sentencing is scheduled for Defendant, Bernardo Gutierrez-Leon, is scheduled immediately following the change of plea hearing;

11. That any pending pretrial motions filed on behalf of both defendants are **DENIED as MOOT**; and

12. That the Defendants are remanded to the custody of the United States Marshal.

**11:50 a.m.** **Court in recess.**

*Total in court time: 00:50 minutes - Hearing concluded*